IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **DELGARDO FRAZER, also known as "RICK"** | **NO. 19-110** |

# O R D E R

**AND NOW**, this 11th day of May, 2020, upon consideration of Defendant's First Motion for Pretrial Release (Document No. 55, filed April 25, 2020), Government's Response in Opposition to Defendant's Motion for Pretrial Release (Document No. 57, filed April 30, 2020), Defendant's Reply Brief in Support of First Motion for Temporary Pretrial Release (Document No. 58, filed May 5, 2020), and the record in this case,[1] for the reasons stated in the accompanying Memorandum dated May 11, 2020, **IT IS ORDERED** that Defendant's First Motion for Pretrial Release is **DENIED WITHOUT PREJUDICE** to defendant's right file a second motion for pretrial release if warranted by additional evidence and the law as stated in the accompanying Memorandum dated May 11, 2020.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.

---

[1] The Deputy Clerk shall docket copies of the report from Alisha Gallagher, counsel for the Bureau of Prisons, dated May 11, 2020, Frazer's Conviction Documents, dated January 24, 2005, the Pretrial Services Report dated February 6, 2019, Frazer's Medical Record from the Bureau of Prisons, and Frazer's medical records provided by defense counsel. The Pretrial Services Report dated February 6, 2019, and Frazer's medical records shall be docketed under seal.